324 F.2d 957
 64-1 USTC P 9138
 COMMISSIONER OF INTERNAL REVENUE, Petitioner,
v.
McNUTT-BOYCE COMPANY, Respondent.
 No. 20341.
 United States Court of Appeals Fifth Circuit.
 Dec. 20, 1963.
 
 Crane C. Hauser, Chief Counsel, I.R.S., Glen E. Hardy, Atty., I.R.S., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, William A. Friedlander, Attys., Dept. of Justice, Washington, D.C., for petitioner.
 Junius H. Payne, Jr., Alexandria, La., Gerald D. Morgan, Arthur Peter, Jr., Lee I. Park, Washington, D.C., Hamel, Morgan, Park & Saunders, Washington, D.C., for respondent.
 Before RIVES, JONES and WISDOM, Circuit Judges.
 PER CURIAM.
 
 
 1
 This controversy between a taxpayer and the Commissioner of Internal Revenue was ably discussed and properly decided by the Tax Court. McNutt-Boyce Company v. Commissioner, 38 T.C. 462. Its decision is
 
 
 2
 Affirmed.